UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COREY SIPKIN PHOTOGRAPHY LLC

                Plaintiff,

-against-

LEGENDS HOSPITALITY LLC.,

                Defendant.

25-CV-7084 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant's December 23, 2025 letter [dkt. no. 19] advising that the parties have reached a settlement in principle.  The Clerk of the Court shall mark this action closed, subject to reopening by letter within 60 days if the settlement is not effected, and all pending motions denied as moot.

**SO ORDERED.**

Dated:    New York, New York
        December 23, 2025

_____
LORETTA A. PRESKA
Senior United States District Judge